IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JOSE AGUILAR                          §

VS.                                   §        CIVIL ACTION NO. 1:02cv790

JONATHON DOBRE, ET AL                 §

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Jose Aguilar, proceeding *pro se,* filed the above-styled lawsuit against Warden Jonathon Dobre, Lieutenant Derric Wilson, Lieutenant Robert Clark and Lieutenant Javier Yerena, as well as several unidentified defendants.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

The defendants have filed a motion for summary judgment. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the motion. The magistrate judge recommends that the motion be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. Plaintiff filed an amended complaint (doc. no. 32), which the court construes as objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV.

P. 72(b).   After careful consideration, the court concludes the objections are without merit.

<u>O R D E R</u>

Accordingly, plaintiff's objections are **OVERRULED**.   The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.   The defendants' motion for summary judgment is **GRANTED**. A final judgment will be entered dismissing this action.

So **ORDERED** and **SIGNED** this **29** day of **March, 2006.**

_____

Ron Clark, United States District Judge

2